IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 14-04041-01-CR-C-BCW |
| ) | |
| LUCAS WAYNE BRANSTETTER, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to the Indictment filed on July 30, 2014 is now accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the court.

      /s/ Brian C. Wimes
      JUDGE BRIAN C. WIMES
      UNITED STATES DISTRICT COURT

Dated: October 8, 2014